January 13, 2012

Ms. Laurie E. Ratliff
Ikard Golden Jones, P.C.
400 West 15th Street, Suite 975
Austin, TX 78701

Mr. Jack W. Lawter Jr.
Lawter & Lawter LLP
5615 Kirby, Suite 930
Houston, TX 77005

Mr. Ronald B. Walker
Walker Keeling & Carroll
P.O. Box 108
Victoria, TX 77902
Honorable Kemper Stephen Williams
135th District Court Judge
115 N. Bridge Street, 3rd Floor
Victoria, TX 77901-6544

Mr. Kevin D. Cullen
Cullen Carsner Seerden & Cullen LLP
PO Box 2938
119 S. Main Street
Victoria, TX 77902-2938

RE: Case Number: 11-0558
 Court of Appeals Number: 13-11-00400-CV
 Trial Court Number: 11-02-9700-CV

Style: IN RE CYNTHIA ANN SCHENDEL NANKERVIS, RICHARD EARL SCHENDEL
 AND ROBERT EDWARD SCHENDEL

Dear Counsel:

 Today the Supreme Court of Texas granted the Agreed Motion to Abate
and issued the enclosed abatement order in the above-referenced case.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Ms. Dorian E. |
| |Ramirez |
| |Ms. Mary Ellen |
| |Flores |
| |Mr. John W. |
| |Griffin Jr. |